[No. 22287-2-I.   Division One.   May 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
COUNTS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-04408-1, Donald D. Haley, J., entered
May 11, 1988. *Affirmed* by unpublished opinion per Grosse,
A.C.J., concurred in by Pekelis and Winsor, JJ.

[No. 22293-7-I.   Division One.   May 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
LAWAYNE HUTTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-8-00445-7, George T. Mattson, J., entered
April 14, 1988. *Affirmed* by unpublished opinion per
Grosse, A.C.J., concurred in by Swanson and Pekelis, JJ.

[No. 25106-6-I.   Division One.   May 21, 1990.]

BRUCE R. REED, ET AL, *Respondents,* v. THE DEPARTMENT
OF ECOLOGY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Island
County, No. 88-2-00229-5, Richard L. Pitt, J., entered
March 23, 1989. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Winsor and Baker, JJ.

[No. 22944-3-I.   Division One.   May 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
BEN BARBERIO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-1-01043-5, Faith Enyeart, J., entered Sep-
tember 2, 1988. *Affirmed* by unpublished opinion per Win-
sor, J., concurred in by Grosse, A.C.J., and Webster, J.